In the Matter of the Examination of JOHN T. ROWLAND, a Judgment Debtor, in Supplementary Proceedings, Appellant; PHŒBE HOBBY, as Administratrix of DAVID R. HOBBY, Deceased, Respondent.

*Matter of Rowland,* 21 App. Div. 172, affirmed.
(Submitted December 6, 1897; decided January 11, 1898.)

APPEAL from an order of the Appellate Division of the Supreme Court in the second judicial department, made October 12, 1897, which affirmed an order of the county judge of Rockland county denying a motion to vacate an order for examination of a judgment debtor in supplementary proceedings.

*Charles D. Ridgway* for appellant.

*William J. Griffin* for respondent.

Order affirmed, with costs; no opinion.
All concur.

---

MARY EGAN, as Administratrix of EDWARD EGAN, Deceased, Appellant, *v.* THE NEW JERSEY STEAMBOAT COMPANY, Respondent.

*Egan* v. *New Jersey Steamboat Co.,* 86 Hun, 542, affirmed.
(Argued December 7, 1897; decided January 11, 1898.)

APPEAL from a judgment of the General Term of the Supreme Court in the third judicial department, entered May 29, 1895, upon an order reversing a judgment in favor of plaintiff entered upon a verdict and granting a new trial.

*Olin A. Martin* for appellant.

*W. P. Prentice* for respondent.

Judgment and order affirmed, with costs, on opinion below, and judgment absolute ordered for the defendant on the stipulation.
All concur.